UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>JOSHUA I. RAMSON,<br><br>         Defendant. | No. 2:16-CR-113-GEB<br><br>**ORDER DENYING DEFENDANT'S RELEASE MOTION** |

Defendant Joshua Ramson moves for review of the Magistrate Judge's detention order under 18 U.S.C § 3145(b), arguing he should be released from pretrial detention because he is neither a danger to the community nor a flight risk. A district judge considers the detention issue de novo. <u>United States v. Koenig</u>, 912 F.2d 1190, 1193 (9th Cir. 1990). The record has been considered under 18 U.S.C § 3142(e)(1), and for the reasons stated below the motion is denied, because by clear and convincing evidence, no condition or combination of conditions would reasonably assure the safety of any other person and the community if defendant is released pending trial.

Defendant is 38 years old, and has a criminal history spanning approximately 18 years. Throughout that time, he has been convicted of being a felon in possession of a firearm three times. He also violated a condition of parole several times. I agree with the Magistrate Judge's conclusion that Defendant "is

1

not a person who appears to obey the mandate of the court[, and he has demonstrated by his past actions a] clear pattern of being a danger to the community." (June 2, 2016 Hr'g Tr. 5:18-25, ECF No. 15.) Further, his present felony criminal charge in this court is that at approximately 4:40 A.M. he was found to have possessed a loaded firearm, even though he should have known this was proscribed in light of his convicted felon status; this suggests a strong propensity for violence.

Therefore, his motion is denied, and the July 8, 2016 hearing scheduled on the motion is vacated.

Dated:  July 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2