HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
JOSHUA RAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:16-CR-113-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT'S TIME TO FILE A DETENTION APPEAL PURSUANT TO 18 U.S.C. §3145(C).  (Fed. R. App. P. 4(b)(4) |
| vs. | |
| JOSHUA RAMSON | |
| Defendants. | ) Date:   September 9, 2016<br>) Time:   9:00 a.m.<br>) Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the United States through its attorney, Assistant United States Attorney James Conolly, and defendant Joshua Ramson through Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant, that the Defendant's time for filing an appeal of the District Judge's order of detention, pursuant to 18 U.S.C. §3145(c) shall be extended to August 5, 2016, pursuant to Federal Rule of Appellate Procedure 4(b)(4).

The grounds for Defendant's motion to extend time under Fed. R. App. P. 4(b)(4) are that Defense counsel needs additional time to discuss with his client the risk that an interlocutory appeal could delay speedy resolution of the motion to suppress which is currently set for hearing on September 9, 2016.  Defense counsel has not had sufficient time to determine whether an appeal would be meritorious considering time constraints in this case.  Defense counsel notes that the Ninth Circuit has resolved a detention appeal which raised serious issues in as little as two months. *See United States v. Santos-Flores*, 794 F.3d 1088 (9th Cir. 2015)(reversing a

detention order the ground that there was an ICE detention order, but affirming on alternate narrow grounds). However, Defense counsel believes that all issues in the case will be resolved by the motion hearing date of September 9, 2016. Defendant does not intend to litigate any trial court issues other than the motion to suppress.

The Court has already determined that the speedy trial period is excluded until September 9, 2016.

DATED: August 1, 2016			Respectfully submitted,

					HEATHER E. WILLIAMS
					Federal Defender

					/s/ Douglas J. Beevers
					DOUGLAS J. BEEVERS
					Assistant Federal Defender
					Attorney for Joshua Ramson


DATED: August 1, 2016			PHILLIP A. TALBERT
					Acting United States Attorney

					/s/ Douglas J. Beevers for
					JAMES CONOLLY
					Assistant U.S. Attorney
					Attorney for Plaintiff


### ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing for defendant's Federal Rule of Appellate Procedure 4(b)(5) motion there from, adopts the parties' stipulation in its entirety as its order. The Court specifically orders that Defense shall have until August 5, 2016 to file an appeal of the District Court's detention order pursuant to 18 U.S.C. §3145(c).

Dated: August 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge