HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
JOSHUA RAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA RAMSON<br><br>Defendants. | Case No.  2:16-CR-113-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE<br><br>Date:   September 9, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell |
|---|---|

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney James Conolly, and defendant, by and through counsel. Assistant Federal Defender Douglas Beevers, hereby stipulate as follows:

1. The Court previously ordered that defense's Rule 12 Motion be filed by August 12, 2016, government opposition filed by August 26, 2016, and defense reply filed by September 2, 2016. A Motion Hearing was set for September 9, 2016.

2. By this stipulation, the parties jointly move that  defense's Rule 12 Motion due date be moved to August 15, 2016. The government opposition will continue to be due on August 26, 2016 and defense reply will continue to be due on September 2, 2016. The Motion Hearing will remain on calendar for September 9, 2016.

3. The parties agree and stipulate that the schedule modification is appropriate given that defense counsel has an Opening Brief due in the Court of Appeals for the Ninth Circuit on August 12, 2016.

IT IS SO STIPULATED.

DATED: August 10, 2016     HEATHER E. WILLIAMS
                          Federal Defender

                          */s/ Douglas J. Beevers*
                          DOUGLAS J. BEEVERS
                          Assistant Federal Defender
                          Attorney for Joshua Ramson


DATED: August 10, 2016     PHILLIP A. TALBERT
                          Acting United States Attorney

                          */s/ Douglas J. Beevers for*
                          JAMES CONOLLY
                          Assistant U.S. Attorney
                          Attorney for Plaintiff


**FINDINGS AND ORDER**

IT IS SO FOUNDED AND ORDERED.

Dated:  August 10, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge