UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-113-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOSHUA RAMSON, | |
| Defendant. | |

On September 28, 2016, Defendant Joshua Ramson filed a Notice withdrawing the subpoena which is the subject of the ECF #39 motion to quash filed by the City of Sacramento. After the notice was filed, the City of Sacramento withdrew the subject Motion to Quash and asks the Court to vacate the scheduled hearing date for the motion.

In light of the notice and the withdrawal of the subject motion to quash, the October 7, 2016 hearing on said motion to quash is vacated.

Dated: September 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1