PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00113-GEB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING AND EXCLUDE TIME PERIOD UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| JOSHUA I. RAMSON, | DATE: October 7, 2016 |
| Defendant. | TIME: 1:30 p.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney, James R. Conolly, and defendant, by and through defendant's counsel of record, Assistant Federal Defender, Douglas Beevers, hereby stipulate as follows:

1. By previous order, this matter was set for an evidentiary hearing on October 7, 2016.

2. By this stipulation, and for the reasons set forth below, the parties request that the Court continue the evidentiary hearing until November 4, 2016, at 1:30 p.m. and to exclude time between October 7, 2016, and November 4, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have been diligent in gathering evidence and preparing its presentation at the evidentiary hearing.

   b) The parties' efforts to uncover evidence has resulted in new information, which speaks to the issues that will be examined at the evidentiary hearing. The parties are in the

process of producing new information to each other.  The defense needs time to review this discovery, and the parties agree that additional time is required to prepare for the hearing.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 7, 2016 to November 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 4, 2016        PHILLIP A. TALBERT
                   Acting United States Attorney

                   /s/ *JAMES R. CONOLLY*
                   JAMES R. CONOLLY
                   Assistant United States Attorney

Dated:  October 4, 2016        /s/ *DOUGLAS BEEVERS*
                   DOUGLAS BEEVERS
                   Assistant Federal Defender
                   Counsel for Defendant
                   JOSHUA I. RAMSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge