UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-113-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOSHUA RAMSON, | |
| Defendant. | |

On January 11, 2017, the undersigned judge received Defendant's request that he be appointed new counsel. The request is filed stamped January 9, 2017, and is akin to a brief with attachments. The request shall be filed under seal, and shall be served only on Defendant's counsel.

The Clerk of the Court shall state in the Docket text: Sealed request from defendant concerning defendant's request for appointment of new counsel.

A status hearing is already scheduled in the action on January 20, 2017.

IT IS SO ORDERED.

Dated: January 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1