PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>JOSHUA I. RAMSON,<br><br>                Defendant. | CASE NO. 2:16-CR-00113-GEB<br><br>[AMENDED] STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: April 28, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

1.    By previous order, this matter was set for status on April 28, 2017.

2.    By previous stipulation, the parties had agreed to continue the status conference to June **19**, 2017. This date was in error, and the parties now correct that error by this stipulation, moving to continue the status conference to June **16**, 2017.

3.    By this stipulation, the parties move to continue the status conference until June 16, 2017, and to exclude time between April 28, 2017, and June 16, 2017, under Local Code T4.

4.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that it has produced discovery in the form of police and investigative reports, and related documents, as well as video evidence, which the defendant will need further time to review, discuss with his counsel, and pursue investigation.

    b)    Defense counsel believes that failure to grant the above-requested continuance

would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 28, 2017 to June 16, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

     5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

     IT IS SO STIPULATED.

Dated: April 26, 2017

                                         PHILLIP A. TALBERT
                                         Acting United States Attorney

                                       */s/ James R. Conolly*
                                         JAMES R. CONOLLY
                                         Assistant United States Attorney

Dated: April 26, 2017

                                         */s/ Kresta Daly*
                                         KRESTA DALY
                                       Counsel for Defendant
                                         Joshua I. Ramson

# FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.
The Court specifically finds the failure to grant a continuance in this case would deny counsel
reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
The Court finds the ends of justice are served by granting the requested continuance and outweigh the
best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 16, 2017,
shall be excluded from computation of time within which the trial of this case must be commenced
under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4). It is
further ordered that the April 28, 2017 status conference shall be continued until and June 16, 2017, at
9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated: April 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge