1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile: (916) 440-9610
4  Email: kdaly@barth-daly.com

5  Attorneys for Defendant
   JOSHUA RAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA RAMSON,<br><br>Defendant. | Case No. 2:16-CR-00113-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney James Conolly, and defendant, Joshua Ramson, by and through his counsel, Kresta Nora Daly, that the status conference set for June 16, 2017 be vacated. The parties request a new status conference for August 25, 2017.

The undersigned defense counsel was recently appointed and requires time to familiarize herself with the discovery in this case.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

{00021929}

Dated: June 8, 2017　　　　　　　　　Respectfully submitted,

BARTH DALY LLP

By　/s/ Kresta Nora Daly
　　KRESTA NORA DALY
　　Attorneys for JOSHUA RAMSON


Dated: June 8, 0217　　　　　　　　　By　/s/ Kresta Nora Daly for
　　JAMES CONOLLY
　　Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered: The status conference of June 16, 2017 is vacated. A status conference will be reset for August 25, 2017. The Court finds excludable time through August 25 2017 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

**Dated: June 8, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge