Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JOSHUA RAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00113-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| JOSHUA RAMSON, | |
| Defendant. | Judge: Honorable Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney James Conolly, and defendant, Joshua Ramson, by and through his counsel, Kresta Nora Daly, that the status conference set for December 1, 2017 be vacated. The parties request a new status conference for January 12, 2018.

The defense conducted an investigation into Mr. Ramson's criminal history. The defense recently discovered new information which may be relevant to accurate calculations regarding Mr. Ramson's criminal history and potential guideline range[s]. Defense counsel requires additional time to review and consider this information as well as discuss it with Mr. Ramson.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

{00023453}

| | |
|---|---|
| Dated: November 28, 2017 | Respectfully submitted, |
| | BARTH DALY LLP |
| | By /s/ Kresta Nora Daly |
| | KRESTA NORA DALY |
| | Attorneys for JOSHUA RAMSON |
| Dated: November 28, 0217 | By /s/ Kresta Nora Daly for |
| | JAMES CONOLLY |
| | Assistant United States Attorney |

### [PROPOSED] ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered: The status conference of December 1, 2017 is vacated. A status conference will be reset for January 12, 2018. The Court finds excludable time through January 12, 2018 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

**Dated: November 28, 2017**

GARLAND E. BURRELL, JR.
Senior United States District Judge

{00023453}