UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

   v.

JOSHUA RAMSON,

            Defendant.

No. 2:16-cr-00113-GEB

**ORDER DENYING MOTION FOR RECONSIDERARTION**

Defendant Joshua Ramson moves for reconsideration of his "previously filed suppression motion." Mot. For Recons. Of Denial of Suppres. Mot. at 1:19-20, ECf 91. The United States opposes the motion arguing, inter alia, that the motion is untimely since Defendant waited until one year, two months, and 26 days after his suppression motion was denied to seek reconsideration of the ruling.

Defendant's motion is untimely and advances arguments that could have been presented prior to ruling on the motion of which reconsideration is sought. Therefore, the motion is denied and the April 6, 2018 hearing on the motion is vacated.

Dated: March 23, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge

1