1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  2810 Fifth Street
   Davis, California 95618
3  Telephone: (916) 440-8600
   Facsimile: (916) 440-9610
4  Email: kdaly@barth-daly.com

5  Attorneys for Defendant
   JOSHUA RAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00113-GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| JOSHUA RAMSON, | |
| Defendant. | Judge: Honorable Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney James Conolly, and defendant, Joshua Ramson, by and through his counsel, Kresta Nora Daly, that the status conference set for October 12, 2018 be vacated. The parties request a new status conference for November 2, 2018.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

///

///

///

///

{00026271}

Dated: October 8, 2018    Respectfully submitted,

BARTH DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for JOSHUA RAMSON

Dated: October 8, 2018    By  /s/ Kresta Nora Daly for
                              JAMES CONOLLY
                              Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered: The status conference of October 12, 2018 is vacated. A status conference will be reset for November 2, 2018. The Court finds excludable time through November 2, 2018 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

**Dated: October 10, 2018**

GARLAND E. BURRELL, JR.
Senior United States District Judge

{00026271}

STIPULATION AND [PROPOSED] ORDER    -2-    [Case No. 2:16-CR-00113-GEB]