Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JOSHUA RAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00113-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| JOSHUA RAMSON, | Judge: Honorable Garland E. Burrell, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney James Conolly, and defendant, Joshua Ramson, by and through his counsel, Kresta Nora Daly, that the sentencing set for March 29, 2019 be vacated.

The defense requires additional time to adequately prepare for sentencing in this matter. Such preparations are complicated by defense counsel's trial schedule. Defense counsel completed one trial in January/February 2019 and is preparing for another trial set to commence on March 11, 2019.

Counsel for the government and probation do not object to the defense's requested sentencing date of June 14, 2019.

///

///

{00027497}

| | | |
|---|---|---|
| Dated: February 15, 2019 | Respectfully submitted, | |
| | BARTH DALY LLP | |
| | By /s/ Kresta Nora Daly<br>KRESTA NORA DALY<br>Attorneys for JOSHUA RAMSON | |
| Dated: February 15, 2019 | By /s/ Kresta Nora Daly for<br>JAMES CONOLLY<br>Assistant United States Attorney | |

## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing set for March 29, 2019 is vacated. Sentencing is reset for June 14, 2019.

**IT IS SO ORDERED.**

**Dated: February 19, 2019**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

{00027497}

STIPULATION AND [PROPOSED] ORDER        -2-        [Case No. 2:16-CR-00113-GEB]