1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  2810 Fifth Street
   Davis, California 95618
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   JOSHUA RAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA RAMSON,<br><br>Defendant. | Case No. 2:16-CR-00113-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING**<br><br>Judge: Honorable Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney James Conolly, and defendant, Joshua Ramson, by and through his counsel, Kresta Nora Daly, that the sentencing set for June 14, 2019 be vacated.

///
///
///
///
///
///
///
///
///

{00028107}

STIPULATION AND [PROPOSED] ORDER — -1- — [Case No. 2:16-CR-00113-GEB]

The defense requires additional time to adequately prepare for sentencing in this matter. Counsel for the government and probation do not object to the defense's requested sentencing date of June 21, 2019.

Dated: April 23, 2019.  Respectfully submitted,

BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for JOSHUA RAMSON

Dated: April 23, 2019.  By /s/ Kresta Nora Daly for
JAMES CONOLLY
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered: The sentencing set for June 14, 2019 is vacated. Sentencing is reset for June 21, 2019.

**IT IS SO ORDERED.**

**Dated: April 24, 2019**

GARLAND E. BURRELL, JR.
Senior United States District Judge