| | |
|---|---|
| 1 | Kresta Nora Daly, SBN 199689 |
| | **BARTH DALY LLP** |
| 2 | 2810 Fifth Street |
| | Davis, California 95618 |
| 3 | Telephone: (916) 440-8600 |
| | Facsimile: (916) 440-9610 |
| 4 | Email: kdaly@barth-daly.com |

Attorneys for Defendant
JOSHUA RAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00113-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| JOSHUA RAMSON, | Judge: Honorable Garland E. Burrell, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney James Conolly, and defendant, Joshua Ramson, by and through his counsel, Kresta Nora Daly, that the sentencing set for June 21, 2019 be vacated. The defense requires additional time to adequately prepare for sentencing in this matter. Counsel for the government and probation do not object to the defense's requested sentencing date of August 16, 2019.

The parties further stipulate that any formal objections or sentencing briefs must be filed no later than August 2, 2019.

Dated: June 7, 2019.      BARTH DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for JOSHUA RAMSON

Dated: June 7, 2019.      By  /s/ Kresta Nora Daly for
                              JAMES CONOLLY
                              Assistant United States Attorney

{00028502}                    - 1 -

STIPULATION AND [PROPOSED] ORDER                    [Case No. 2:16-CR-00113-GEB]

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing set for June 21, 2019 is vacated. Sentencing is reset for August 16, 2019. Formal objections or sentencing briefs must be filed no later than August 2, 2019.

**IT IS SO ORDERED.**

Dated: June 12, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA